# LaSalle Process Servers L.P.

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/22/2012 | 45995 |

| BILL TO | CASE INFO |
|---|---|
| City of Chicago | Eugene Bailey |
| 30 N. LaSalle Street | vs. |
| Suite 1400 | City of Chicago, et al. |
| Chicago, Illinois 60602 | 10 c 5735 |
| Attn:Calvon C. Witchard | |

ACC: Erica Hokens

Police
FCRL

*[signature] Eric Hokens 5/23/12*

*[stamp: RECEIVED 2012 MAY 23 AM 11:23]*

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 77.00 |
| 6% Reduction | -4.62 |
| Fuel Surcharge | 3.00 |

Subpoena
Derrell Bramlett
Call at address given in Chicago on May 19

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30 DAYS.

**Total** $75.38

# LaSalle Process Servers L.P.

29 S. LaSalle St. Suite 956
Chicago, Illinois 60603
Phone: 312-263-0620
FEIN# 36-4247052

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/5/2012 | 46968 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 900
Chicago, Illinois 60602
Attn:Lindsay Wilson Gowin

CASE INFO
Eugene Bailey
vs
City of Chicago, et al.
10 CV 5735

OCT 0 9 2012

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 147.00 |
| 6% Reduction | -8.82 |
| Fuel Surcharge | 6.00 |
| Subpoena | |
| Michael P. Slevnik | |
| Calls at address given in Hickory Hills on August 23 & 24 | |

*Handwritten overlay:*
1. Case Name: Eugene Bailey
2. Case Number: 10 CV 5735
3. Client Dept: CPD
4. Atty Signature: [signature]
5. Date Approved: 10/5/12
6. Law Dept Division: FCLL

atty - Gowin

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30 DAYS.

**Total** $144.18

# LaSalle Process Servers L.P.

29 S. LaSalle St. Suite 956
Chicago, Illinois 60603
Phone: 312-263-0620
FEIN# 36-4247052

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/28/2013 | 48062 |

APR 01 2013

**BILL TO**
City of Chicago
30 N. LaSalle Street
Suite 900
Chicago, Illinois 60602
Attn:Lindsay Wilson Gowin
*Paralegal: Calvon Witchard*

**CASE INFO**
Eugene Bailey
vs
City of Chicago, et al.
10 CV 5735

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 112.00 |
| 6% Reduction | -6.72 |
| Fuel Surcharge | 6.00 |
| | |
| Subpoena | |
| Derell Bramlett | |
| Calls at address given in Chicago on March 22 & 26 | |

*Bailey, et al.*
*10 C 5 735*
*CPD*
X _____
*FCRL  4-10-13*
*Atty: Gowin*

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30 DAYS.

**Total** $111.28

# Veritext Chicago Reporting Company

One North LaSalle Street, Suite 400
Chicago, IL 60602
Tel. 312.442.9087  Fax. 312.442.9095

**Bill To:** Kathryn M. Doi, Esq
Assistant Corporation Counsel
30 N LaSalle St.
Suite 900
Chicago, IL 60602-3542

**Invoice #:** CHI1689506
**Invoice Date:** 02/27/2013
**Balance Due:** $121.50

**Case:** Bailey, Eugene v. City Of Chicago
**Job #:** 1612397 | Job Date: 2/14/2013 | Delivery: Normal

**Location:** Kenneth Flaxman, PC
200 S Michigan Ave. | Suite 201 | Chicago, IL 60604-2430

| Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|
| Dorothy Massey | Certified Transcript | Page | 45.00 | $2.70 | $121.50 |

Notes:

| | | |
|---|---|---|
| Invoice Total: | | $121.50 |
| Payment: | | |
| Credit: | | |
| Interest: | | $0.00 |
| Balance Due: | | $121.50 |

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.



Bailey v. City
10 C 5735
Police
KD
3/11/13
FCRL

Make check payable to: **Veritext**
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** CHI1689506
**Job/Confirmation No #:** 1612397
**Invoice Date:** 02/27/2013
**Balance:** $121.50

Please remit payment to:
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# Veritext Chicago Reporting Company

One North LaSalle Street, Suite 400
Chicago IL 60602
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

*900*

**Bill To:** Victoria R. Benson, Esq
Corporation Counsel City of Chicago
30 North LaSalle Street
Suite 800
Chicago, IL, 60602

**Invoice #:** CHI1775793
**Invoice Date:** 6/13/2013
**Balance Due:** $114.30

| | |
|---|---|
| **Case:** | Eugene Bailey v. City Of Chicago |
| **Job #:** | 1668566 | Job Date: 5/29/2013 | Delivery: Normal |
| **Billing Atty:** | Victoria R. Benson, Esq |
| **Location:** | Kenneth Flaxman, PC - 200 S Michigan Ave. |
| | 200 S Michigan Ave. | Suite 201 | Chicago, IL 60604-2430 |
| **Sched Atty:** | Alison Zamora, Esq. | Kenneth Flaxman, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Bernard Broadway | Certified Transcript | Page | 19.00 | $2.70 | $51.30 |
| Michael Nichols | Certified Transcript | Page | 15.00 | $2.70 | $40.50 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $22.50 | $22.50 |

**Notes:**

| | |
|---|---|
| Invoice Total | $114.30 |
| Payment | $0.00 |
| Credit | $0.00 |
| Interest | $0.00 |
| Balance Due | $114.30 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

*Bailey, et al.*
*to C 5735*
*CPD*
*6/18/13*
*Benson*
*Fcu*

**To pay online, go to www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

**Invoice #:** CHI1775793
**Job #:** 1668566
**Invoice Date:** 6/13/2013
**Balance:** $114.30

RECEIVED
IND. DEFENSE LITIGATION
2013 MAY 30 PM 2:06
BY_____

**Veritext Chicago Reporting Company** 
One North LaSalle Street, Suite 400
Chicago IL 60602
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569

| Bill To: | Victoria R. Benson, Esq<br>City Of Chicago Department of Law<br>30 North LaSalle<br>Suite 900<br>Chicago, IL, 60602-1244 | Invoice #: | CHI1757297 |
|---|---|---|---|
| | | Invoice Date: | 5/22/2013 |
| | | Balance Due: | $54.00 |

| Case: | Bailey, Eugene v. City Of Chicago |
|---|---|
| Job #: | 1668570 | Job Date: 5/15/2013 | Delivery: Normal |
| Billing Atty: | Victoria R. Benson, Esq |
| Location: | Kenneth Flaxman, PC<br>200 S. Michigan Avenue | Suite 201 | Chicago, IL 60604 |
| Sched Atty: | Kenneth Flaxman, Esq | Kenneth Flaxman, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Keith Connor | Certified Transcript | Page | 20.00 | $2.70 | $54.00 |
| Notes: | | | | Invoice Total | $54.00 |
| | | | | Payment | $0.00 |
| | | | | Credit | $0.00 |
| | | | | Interest | $0.00 |
| | | | | Balance Due | $54.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

*5/31/13 Benson*

*Bailey et al*
*10 C 5735*
*CPD*
*Fcal*

*ok to pay*

---

| To pay online, go to<br>www.Veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #: | CHI1757297 |
|---|---|---|---|
| | | Job #: | 1668570 |
| | | Invoice Date: | 5/22/2013 |
| | | Balance: | $54.00 |

RECEIVED
IND. DEFENSE LITIGATION
2013 APR 31 PM 1:39
BY_____

# Veritext Chicago Reporting Company

One North LaSalle Street, Suite 400
Chicago, IL 60602
Tel. 312.442.9087  Fax. 312.442.9095

Bill To: Kathryn Doi, Esq
City Of Chicago Department of Law
30 North LaSalle
Suite 900
Chicago, IL 60602-1244

Invoice #: CHI1734067
Invoice Date: 04/23/2013
Balance Due: $175.50

| Case: | Eugene Bailey v. City Of Chicago |
|---|---|
| Job #: | 1648220  |  Job Date: 4/15/2013  |  Delivery: Normal |
| Location: | Kenneth Flaxman, PC - 200 S Michigan Ave. |
| | 200 S Michigan Ave. | Suite 201 | Chicago, IL 60604-2430 |

| Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|
| Ali Muhammad | Certified Transcript | Page | 35.00 | $2.70 | $94.50 |
| Tyrone Ento-Nichols | Certified Transcript | Page | 30.00 | $2.70 | $81.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $175.50 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $175.50 |

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.



Kathryn Doi
5/7/13
OK to pay
FCRL
Police

Make check payable to: **Veritext**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Invoice #: CHI1734067
Job #: 1648220
Invoice Date: 04/23/2013
Balance: $175.50

Please remit payment to:
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586   Fax: (312) 781-9228

Job #: 130829CML
Job Date: 08/29/2013
Order Date: 08/29/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Invoice #: 88313
Inv. Date: 09/06/2013
Balance: $239.94

**Bill To:**
Ms. Victoria R. Benson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Action: Bailey, Eugene
vs
City of Chicago, et al.
Action #: 10 C 5735
Rep: CML
Cert: 084-004631

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Maria Kuriakos-Ciesil | Original Certified Transcript | Pages | 34 | $4.90 | $16.66 | $149.94 |
| 2 | | Appearance 2 Hr Minimum | Session | 1.00 | $100.00 | $10.00 | $90.00 |

SEP 1 1 2013

1. Case Name: Bailey v. Chgo, et al.
2. Case Number: 10 C 5735
3. Client Dept: Police
4. Atty Signature: VBenson
5. Date Approved: 9·12·13
6. Law Dept. Division: FCRL

Sub Total: $239.94
Shipping: $0.00
Tax: N/A
Total Invoice: $239.94
Payment: $0.00
Balance Due: $239.94

**Comments:**

NET 30 DAYS @ 1.5%   225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Ms. Victoria R. Benson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Deliver To:**
Ms. Victoria R. Benson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Invoice**

Invoice #: 88313
Inv. Date: 09/06/2013
Balance: $239.94
Job #: 130829CML
Job Date: 08/29/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

  

# Urlaub Bowen & Associates, Inc.
20 N. Clark Street  
Suite 1260  
Chicago, IL 60602-4189  
Phone: (312) 781-9586  Fax: (312) 781-9228

Job #: 130314CCS2  
Job Date: 03/14/2013  
Order Date: 03/14/2013  
DB Ref.#:  
Date of Loss: / /  
Your File #:  
Your Client:

 **Invoice**

Invoice #: 86636  
Inv. Date: 04/16/2013  
Balance: $162.00

**Bill To:**  
Ms. Kathryn M. Doi  
Stephen R. Patton Corporation Counsel - FCR  
Federal Civil Rights Division  
30 N LaSalle St  
Ste 900  
Chicago, IL 60602

Action: Bailey, Eugene  
vs  
City of Chicago  
Action #: 10 C 7788  
Rep: CCS  
Cert: 084-003543

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Michele Moore-Grose | Certified Transcript | Pages | 80 | $2.25 | $18.00 | $162.00 |

1. Case Name: Bailey v. City
2. Case Number: 10 C 7788
3. Client Dept: Police
4. Atty Signature: [signature]
5. Date Approved: 4/18/13
6. Law Dept. Division: FCRL

APR 16 2013

**Comments:**

NET 30 DAYS @ 1.5%  225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

Federal Tax I.D.: 36-3368198  
Terms: Net 30 Days @ 1.5%

Sub Total: $162.00  
Shipping: $0.00  
Tax: N/A  
Total Invoice: $162.00  
Payment: $0.00  
Balance Due: $162.00

*Please KEEP THIS PART for YOUR RECORDS.*  
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**  
Ms. Kathryn M. Doi  
Stephen R. Patton Corporation Counsel - FCR  
Federal Civil Rights Division  
30 N LaSalle St  
Ste 900  
Chicago, IL 60602

**Deliver To:**  
Ms. Kathryn M. Doi  
Stephen R. Patton Corporation Counsel - FCR  
Federal Civil Rights Division  
30 N LaSalle St  
Ste 900  
Chicago, IL 60602

**Invoice**

Invoice #: 86636  
Inv. Date: 04/16/2013  
Balance: $162.00  
Job #: 130314CCS2  
Job Date: 03/14/2013  
DB Ref.#:  
Date of Loss: / /  
Your File #:  
Your Client:

REMIT PAYMENT TO:  
URLAUB BOWEN & ASSOCIATES, INC.  
PO BOX 64637  
CHICAGO, IL 60664-0637

  

**Urlaub Bowen & Associates, Inc.**
?0 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586   Fax: (312) 781-9228

Job Date: 08/25/2011
Order Date: 06/26/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 83632
Inv. Date: 07/06/2012
Balance: $451.98

Bill To:
Ms. Kathryn M. Doi
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Action: Bailey, Eugene
vs
City of Chicago, et al.
Action #: 10 C 5735
Rep: KMK
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc Amt | Amount |
|---|---|---|---|---|---|---|---|
| | William Sullivan, Volume I | Original Certified Transcript | Pages | 108 | $4.65 | $50.22 | $451.98 |

1. Case Name: Bailey
2. Case Number: 10 C 5735
3. Client Dept: FPO
4. Atty Signature: [signature]
5. Date Approved: 7/6/12
6. Law Dept. Division: FCRLD

JUL 1 0 2012

Comments:

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

| | |
|---|---|
| Sub Total | $451.98 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $451.98 |
| Payment | $0.00 |
| Balance Due | $451.98 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Ms. Kathryn M. Doi
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Deliver To:
Ms. Kathryn M. Doi
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Invoice**

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

Invoice #: 83632
Inv.Date: 07/06/2012
Balance: $451.98
Job #: 110825KMK
Job Date: 08/25/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

  

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AO44 (Rev. 11/07) | | | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS | | | | | | |

**DCN: City Vendor #54929021**   INVOICE NO: 20130130

**MAKE CHECKS PAYABLE TO:**

Kathryn M. Doi
City of Chicago Department of Law
30 N. LaSalle Street
Suite 900
Chicago, IL 60602

Phone: (312) 744-0742

kathryn.doi@cityofchicago.org

Laura Renke
Official Court Reporter
219 S. Dearborn Street
Room 1728
Chicago, IL 60604

Phone: (312) 435-6053

Tax ID: 46-1902026
laura_renke@ilnd.uscourts.gov

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 09-26-2013   DATE DELIVERED: 10-10-2013

**Case Style:** 10 C 05735, Eugene Bailey v City of Chicago
Transcript of proceedings before the Honorable Thomas M. Durkin
9/9/13 oral argument

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | 62 | 4.25 | 263.50 | | 0.90 | | | 0.60 | | 263.50 |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 2.10 | | | | | | |

Misc. Desc.

MISC. CHARGES:

TOTAL: 263.50

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $263.50

*[Handwritten: KDoi / Kathryn Doi / FCRL/Police / Bailey v. City / 10 C 5735 / OK to pay 10/10/13]*

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/ Laura Renke, CSR, RDR, CRR   DATE: 10-10-2013

*(All previous editions of this form are cancelled and should be destroyed)*

November 22, 2010

To  CC  Calvon Witchard
30 N. LaSalle #900
Chicago, Illinois
312-744-9104

From:  Phyllis Yaeger
49 West 15th Street Unit E
Chicago, Il 60605
708-466-7002

12 pgs.          $3.00 per pg.

Amount due
$36.00

Peo. V. Eugene Bailey, Br. 66, Judge Peggy Chiampas, had on Sept. 29, 2009, Case No. 09-138803

Please send payment to the above address. Any questions, please call number above.

To the best of my knowledge, I certify that this invoice has not been previously paid.

Signature _A. Fuentes_

1. Case Name: _Bailey_
2. Case Number: _10 C 5735_
3. Client Dept: _CPD_
4. Atty Signature: _[signature]_
5. Date Approved: _12/8/10_
6. Law Dept. Division: _FCPLD_

DEC 0 6 2010